69,731-07

# United States Court of Appeals
### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 21, 2011

RECEIVED IN
COURT OF CRIMINAL APPEALS

#01354674
Mr. Jaicourrie D. Finley
CID Clements Prison
9601 Spur 591
Amarillo, TX 79107-9606

NOV 30 2015

Abel Acosta, Clerk

    No. 11-10215, Jaicourrie Finley v. Rick Thaler
        USDC No. 2:11-CV-18

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C.§ 2253. If you wish to proceed, address your application for COA to this court. Also send a separate brief supporting the application. In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations. Your "application for COA" and "brief in support" together may not exceed a total of 30 pages. You must file 2 legible copies within 40 days from the date of this letter. If you do not do so we will dismiss the appeal, see 5ᵀᴴ CIR. R. 42. Note that 5ᵀᴴ CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state the court's sense that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk

cc:

*COA Letter to Pro Se-BR7*

1354674 MR. JAICURRIE FINLEY
WILLIAM P. CLEMENTS UNIT- ECB-J-208
9601 SPUR 591
AMARILLO, TX 79107

* LEGAL MAIL *

AMARILLO TX 791
24 NOV 2016 PM 8 T

FOREVER USA

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TX 78711

78711230B